FILED
SEP 24 2014
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

FEDERAL INSURANCE COMPANY
        Plaintiff,

v.                                  Case Number: 2:12CV504

MICHAEL LOCASH,

        Defendant.

## JUDGMENT IN A CIVIL CASE

[x]     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]     **Decision by Court.** This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff, Federal Insurance Company recover for Fraud of the defendant, Michael LoCash, in the sum of One Million, Sixty-One Thousand, Four Hundred Fifty and no/100 Dollars ($1,061,450.00), with interest thereof at the rate of 0.11 per cent as provided by law, and its costs of action.

**IT IS FURTHER ORDERED AND ADJUDGED** that as to Federal Insurance Company for Civil Conspiracy, judgment in favor of defendant, Michael LoCash.

September 19, 2014                               FERNANDO GALINDO, CLERK
Date

                                                                   By: _____
                                                                      Deputy Clerk

Form of judgment approved in accordance
With Rule 58 FRCivP, September 19, 2014

/s/
Arenda Wright Allen
United States District Judge